**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

December 18, 2007

CASE TITLE:    SHOGHER ANDONIAN-v-RITZ CAMERA CENTERS
RECEIVED FROM: U.S. District Court for the Central District of CA (Western Div.)

CASE NUMBER:    CV 07-06342 SBA

TO COUNSEL OF RECORD:

     The above entitled action has been transferred to this District.  All future filings should reflect the above case number.

Sincerely,

RICHARD W. WIEKING, Clerk

by:_____/s/_____
Jessie Mosley
Case Systems Administrator

o:\mrg\civil\transin.mrg