

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535



**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

December 7, 2007

Clerk, United District Court
Northern District of California
Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Re:  Transfer of our Civil Case No. __CV07-2349 GAF(JMCx)__           CV 07 6342  SBA

Case Title: __Shogher Andonian -v- Ritz Camera Centers__

Dear Sir/Madam:

An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

BRENT PACILLAS

By _____
Deputy Clerk

cc:  All counsel of record

================================================================================

### TO BE COMPLETED BY RECEIVING DISTRICT

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: _____.

Clerk, U.S. District Court

JESSIE MOSLEY

By _____
Deputy Clerk

CV-22 (01/01)   TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT