| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | FILED |
|---|---|
| Milstein, Adelman & Kreger, LLP<br>WAYNE S. KREGER, SBN 154759<br>LAUNA N. EVERMAN, SBN 227743<br>2800 Donald Douglas Loop North<br>Santa Monica, CA 90405<br>Phone: 310-396-9600<br>Fax: 310-396-9635 | 2007 APR -9 PM 4: 25<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY _____ |
| ATTORNEYS FOR: Shogher Andonian | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SHOGHER ANDONIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br>v.<br><br>RITZ CAMERA CENTERS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendant(s) | CASE NUMBER<br><br>CV 07-2349 JSL SBA<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Shogher Andonian, Plaintiff
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                         **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

No persons, firms, partnerships, corporation or insurance carriers.

Date: 4/9/07

Sign: _____

Wayne S. Kreger
Attorney of record for or party appearing in pro per

DOCKETED ON CM
APR 17 2007
BY ____ 019

BY FAX

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)