# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOGHER ANDONIAN, individually and on behalf of all others similarly situated,<br><br>PLAINTIFF(S)<br><br>v.<br><br>RITZ CAMERA CENTERS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV-07 2349 JSL<br><br>SUMMONS     SBA |

TO: THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney Wayne S. Kreger _____, whose address is:

Milstein, Adelman & Kreger
2800 Donald Douglas Loop North
Santa Monica, CA 90405

an answer to the ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim which is herewith served upon you within ____ days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Dated: APR - 9 2007

Clerk, U.S. District Court

By: NORA CULLEN
     Deputy Clerk

*(Seal of the Court)*

ENTERED ON CM
APR 17 2007

CV-01A (01/01)     SUMMONS