ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

APR 23 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOGHER ADNONIAN, Individually and on behalf of all others similarly situated<br><br>PLAINTIFF(S)<br>v.<br>RITZ CAMERA CENTERS, INC. a Delaware Corporation, and Does 1 through 10, inclusive<br><br>DEFENDANT(S). | CASE NUMBER<br>CV07 6342<br>CV07-2349-JSL(FMOx)    SBA<br><br>ORDER RETURNING CASE<br>FOR REASSIGNMENT |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 224.

_Spencer Letts_

_____April 16, 2007_____
Date

United States District Judge

## NOTICE TO COUNSEL FROM CLERK:

This case has been reassigned to Judge _____Gary A. Feess_____ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials _____GAF_____ after the case number in place of the initials of the prior judge so that the case number will read ___CV 07-2349 GAF (FMOx)___

This is very important because documents are routed to the assigned judge by means of the initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☒ Western   ☐ Southern   ☐ Eastern Division.

**Subsequent documents must be filed at the   ☒ Western   ☐ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

ORDER RETURNING CASE FOR REASSIGNMENT

CV-89 (01/05)

ENTERED ON CM 4/23/07