MILSTEIN, ADELMAN & KREGER, LLP
WAYNE S. KREGER, State Bar No. 154759
wkreger@maklawyers.com
LAUNA N. EVERMAN, State Bar No. 227743
leverman@maklawyers.com
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone (310) 396-9600
Facsimile (310) 396-9635

Attorneys for Plaintiff,
Shogher Andonian

IN THE UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES

| | |
|---|---|
| SHOGHER ANDONIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RITZ CAMERA CENTERS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 07 2349 GAF (FMOx)<br><br>**BY FAX**<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

1

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 |     Attached hereto is Plaintiff's Proof of Service of Summons and Complaint for defendant Ritz Camera Centers, Inc. pursuant to Federal Rules of Civil Procedure, Rule 4(h)(1) and California Code of Civil Procedure section 416.10.

7 | DATED: May 9, 2007      MILSTEIN, ADELMAN & KREGER, LLP

*[signature]*

By: Launa N. Everman
Attorneys for Plaintiff,
SHOGHER ANDONIAN

---

2

PROOF OF SERVICE OF SUMMONS AND COMPLAINT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SCHOGHER ANDONIAN | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV 07 2349 JSL (FMOx) |
| v. | **PROOF OF SERVICE** |
| RITZ CAMERA CENTERS, INC. | **SUMMONS AND COMPLAINT** |
| Defendant(s) | (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. [X] summons   [X] complaint   [ ] alias summons   [ ] first amended complaint
                                                        [ ] second amended complaint
                                                        [ ] third amended complaint

   [X] other *(specify)*: SEE ATTACHMENT "A"

2. **Person served:**
   a. [X] Defendant *(name)*: RITZ CAMERA CENTERS, INC., a Delaware corporation
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
      MARGARET WILSON of CT Corporation, registered agents
   c. [X] Address where papers were served: 818 W. 7th St., Los Angeles, CA 90017

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. [ ] Federal Rules of Civil Procedure
   b. [X] California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. [X] By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. [X] Papers were served on *(date)*: May 3, 2007   at *(time)*: 12:05 p.m.

   b. [ ] By **Substituted service**. By leaving copies:
      1. [ ] (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [ ] (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [ ] Papers were served on *(date)*: _____ at *(time)*: _____
      4. [ ] by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. [ ] papers were mailed on (date): _____
      6. [ ] due diligence. I made at least three (3) attempts to personally serve the defendant.

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                   PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☒ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** **(C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):* _____ at *(time):* _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:
   Jeffrey J. Star
   STAR SERVICES, INC.
   10642 Santa Monica Blvd., Suite 206
   Los Angeles, CA 90025
   (310) 475-3626
   L.A. Co. Reg. No.: 2837

   a. Fee for service: $ 40.00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 6, 2007

_____
*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                         PAGE 2

ANDONIAN v. RITZ CAMERA CENTERS, INC.
CV 07 2349 JSL (FMOx)

ATTACHMENT "A"

Certification and Notice of Interested Parties; Civil Case Cover Sheet; Notice of Assignment to U.S. Magistrate Judge for Discovery; Order Returning Case for Reassignment; Notice to Counsel; Optical Scanning Enrollment Form; U.S. District Court Central District of California Civility and Professionalism Guidelines; and U.S. District Court Central District of California Clerk's Office Services for Attorneys and the General Public

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

*Andonian v. Ritz Camera Centers, Inc.*
Case No. CV-07-2349-GAF (FMOx)

I am employed in the County of LOS ANGELES, State of CALIFORNIA. I am over the age of 18 and not a party to within action; my business address is **2800 Donald Douglas Loop North, Santa Monica, California 90405.**

On May 9, 2007, I served the foregoing document described as:

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Margaret Wilson
CT Corporation
Registered Agent
818 W. 7th St.
Los Angeles, CA 90017**

xxxx   (By US Mail) I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail at Santa Monica, California.

Executed on May 9, 2007, at **Santa Monica, California.**

------   (By Fax) I caused such documents to be successfully transmitted via facsimile to the offices of the addresses.

------   (BY PERSONAL SERVICE) I caused such envelope to be hand delivered to the offices of the addressees.

------   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

xxxx   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Jason Beaman