```
1  Richard T. Williams (State Bar No. 52896)
   Tara L. Cooper (State Bar No. 239018)
2  HOLLAND & KNIGHT LLP
   633 West Fifth Street, 21st Floor
3  Los Angeles, California 90071-2040
   Telephone (213) 896-2400
4  Facsimile (213) 896-2450
   E-mail: richard.williams@hklaw.com
5
   David Gonden (State Bar No. 154306)
6  HOLLAND & KNIGHT LLP
   50 California Street, #2800
7  San Francisco, California 94111
   Telephone (415) 743-6900
8  Facsimile (415) 743-6915
   E-mail: david.gonden@hklaw.com
9
   Attorneys for Defendant
10 Ritz Camera Centers, Inc.
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**(LOS ANGELES DIVISION)**

CV 07  6342  SBA

| | |
|---|---|
| SHOGHER ANDONIAN, individually and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RITZ CAMERA CENTERS, INC.,<br><br>Defendant. | CIVIL ACTION NO. CV 07-2349 JSL (FMOX)<br><br>**CERTIFICATE OF DEFENDANT RITZ CAMERA CENTERS, INC., CONCERNING INTERESTED ENTITIES OR PERSONS**<br><br>[15 U.S.C. § 1681c(g)]<br>**CLASS ACTION**<br><br>[Complaint Filed: April 9, 2007] |

///
///
///

1

FILED 2007 MAY 23 PM 2:45 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

DOCKETED ON CM MAY 25 2007 BY

1  TO THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD:
3  PLEASE TAKE NOTICE THAT pursuant to Civil L.R. 23-16, the
4  undersigned certifies that as of this date, other than the named plaintiff Shogher
5  Andonian and the named defendant Ritz Camera Centers, Inc., there are no
6  interested persons or entities to report.

Date: May 23, 2007

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: *(signature)*
Richard T. Williams

Attorneys for Defendant
RITZ CAMERA CENTERS, INC.

# 4563888_v1

Shogher Andonian v. Ritz Camera Centers, Inc., etc.
USDC-Central District of California, Case No. CV07-2349 JSL (FMOx)

PROOF OF SERVICE

State of California    )
                       )   ss.
County of Los Angeles  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 West Fifth Street, 21st Floor, Los Angeles, California 90071.

On **May 23, 2007**, I served the document described as **CERTIFICATE OF DEFENDANT RITZ CAMERA CENTERS, INC., CONCERNING INTERESTED ENTITIES OR PERSONS** on the interested parties in this action, enclosed in a sealed envelope, addressed as follows:

> Wayne S. Kreger
> Launa N. Everman
> Milstein, Adelman & Kreger, LLP
> 2800 Donald Douglas Loop North
> Santa Monica, CA 90405
> (310) 396-9600
> (310) 396-9635 – Fax

**X**   **(By Mail)**

Following ordinary business practices, I placed the document for collection and mailing at the offices of Holland & Knight LLP, 633 West Fifth Street, 21st Floor, Los Angeles, California 90071, in a sealed envelope. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

(Federal)   I declare under penalty of perjury under the laws of the United States that the above is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on May 23, 2007, at Los Angeles, California.

_____
Gloria Hoshiko