1  **MILSTEIN, ADELMAN & KREGER, LLP**
   WAYNE S. KREGER, State Bar No. 154759
2  wkreger@maklawyers.com
   LAUNA N. EVERMAN, State Bar No. 227743
3  leverman@maklawyers.com
   2800 Donald Douglas Loop North
4  Santa Monica, California 90405
   Telephone (310) 396-9600
5  Facsimile (310) 396-9635

6  Attorneys for Plaintiff,
   Shogher Andonian
7

8                UNITED STATES DISTRICT COURT
9                CENTRAL DISTRICT OF CALIFORNIA                SBA
10

11 SHOGHER ANDONIAN, individually  ) CASE NO. CV 07 2349 GAF (FMOx)
   and on behalf of all others similarly )
12 situated,                              ) Action filed: April 9, 2007
                                          )
13                                        )
                    Plaintiff,            ) **STIPULATION TO STAY THE**
14                                        ) **ACTION**
                                          )
15    vs.                                 )
                                          )
16 RITZ CAMERA CENTERS, INC., a           )
   Delaware corporation; and DOES 1       )
17 through 10, inclusive,                 )
                                          )
18                  Defendants.           )
                                          )
19                                        )
   _____)
20



1
STIPULATION TO STAY THE ACTION

|     |     |
| --- | --- |
| 1 | **STIPULATION** |
| 2 | WHEREAS, on April 9, 2007, plaintiff Shogher Andonian ("Plaintiff") filed |
| 3 | this action in the District court for the Central District of California against |
| 4 | defendant Ritz Camera Centers, Inc. ("Defendant") alleging violations § 1681c(g) |
| 5 | of the Fair Credit Reporting Act; |
| 6 | WHEREAS, Defendant answered the complaint on May 23, 2007; |
| 7 | WHEREAS, the Rule 26(f) Conference is currently set for July 30, 2007; |
| 8 | WHEREAS, an action styled *Zachary Hile v. Ritz Camera Centers, Inc.* |
| 9 | (Case No. CV 07-0716-SBA) is currently pending in the District court for the |
| 10 | Northern District of California also alleging violations of § 1681c(g) of the Fair |
| 11 | Credit Reporting Act; |
| 12 | WHEREAS, the parties in this action and the *Hile* action have agreed to |
| 13 | jointly mediate the claims in both cases; |
| 14 | WHEREAS, mediation is currently set for July 26, 2007; and |
| 15 | WHEREAS, the parties wish to avoid incurring additional attorneys' fees |
| 16 | and unnecessarily expending the Court's and the parties' resources while the |
| 17 | parties discuss a possible settlement; |
| 18 | THEREFORE, it is hereby stipulated and agreed, by and between counsel for |
| 19 | the respective parties, subject to approval by the Court, that this action shall be |
| 20 | stayed until August 27, 2007. |
| 21 | It is further stipulated that, subject to approval by the Court, that the date for |
| 22 | the Rule 26(f) Conference, set for July 30, 2007, is vacated. |

| | | |
|---|---|---|
| 1 | DATED: July 9, 2007 | MILSTEIN, ADELMAN & KREGER, LLP |

By: Launa N. Everman
Attorneys for Plaintiff,
SHOGHER ANDONIAN

DATED: July ___, 2007        HOLLAND & KNIGHT LLP

By: Richard Williams
Attorneys for Defendant,
RITZ CAMERA CENTERS, INC.

[PROPOSED] ORDER

Based upon the stipulation of the parties, the action is stayed until August 27, 2007. The date for the Rule 26(f) Conference, set for July 30, 2007, is vacated.

IT IS SO ORDERD.

Date: 7/10/07

THE HONORABLE GARY A. FEESS
United States District Judge

3

STIPULATION TO STAY THE ACTION

| | | |
|---|---|---|
| 1 | DATED: July ___, 2007 | MILSTEIN, ADELMAN & KREGER, LLP |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: Launa N. Everman<br>Attorneys for Plaintiff,<br>SHOGHER ANDONIAN |
| 6 | | |
| 7 | DATED: July 6, 2007 | HOLLAND & KNIGHT LLP |
| 8 | | |
| 9 | | *(signature)* |
| 10 | | By: Richard Williams<br>Attorneys for Defendant,<br>RITZ CAMERA CENTERS, INC. |

[PROPOSED] ORDER

Based upon the stipulation of the parties, the action is stayed until August 27, 2007. The date for the Rule 26(f) Conference, set for July 30, 2007, is vacated.

IT IS SO ORDERD.

Date: _____

_____
THE HONORABLE GARY A. FEESS
United States District Judge

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

*Andonian v. Ritz Camera Centers, Inc.*
Case No. *CV-07-2349-GAF (FMOx)*

I am employed in the County of LOS ANGELES, State of CALIFORNIA. I am over the age of 18 and not a party to within action; my business address is **2800 Donald Douglas Loop North, Santa Monica, California 90405.**

On July 9, 2007, I served the foregoing document described as:

**STIPULATION TO STAY THE ACTION**

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Richard T. Willams
Tara L. Cooper
**HOLLAND & KNIGHT LLP**
633 West Fifth Street, 21st Floor
Los Angeles, CA 90071

xxxx  (By US Mail) I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail at Santa Monica, California.

Executed on July 9, 2007, at **Santa Monica, California.**

------  (By Fax) I caused such documents to be successfully transmitted via facsimile to the offices of the addresses.

------  (BY PERSONAL SERVICE) I caused such envelope to be hand delivered to the offices of the addressees.

------  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

xxxx  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Nicholas J. Mills