Case 4:07-cv-06342-SBA   Document 1-13   Filed 12/14/2007   Page 1 of 4

```
MILSTEIN, ADELMAN & KREGER, LLP
WAYNE S. KREGER, State Bar No. 154759
wkreger@maklawyers.com
LAUNA N. EVERMAN, State Bar No. 227743
leverman@maklawyers.com
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone (310) 396-9600
Facsimile (310) 396-9635

Attorneys for Plaintiff,
Shogher Andonian
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CV 07 6342 SBA

| | |
|---|---|
| SHOGHER ANDONIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RITZ CAMERA CENTERS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 07 2349 GAF (FMOx)<br><br>Action filed: April 9, 2007<br><br>**STIPULATION TO STAY THE ACTION FOR AND ADDITIONAL 60 DAYS; [PROPOSED] ORDER** |

1

STIPULATION TO STAY THE ACTION

1 **STIPULATION**

2  WHEREAS, on April 9, 2007, plaintiff Shogher Andonian ("Plaintiff") filed
3 this action in the District court for the Central District of California against
4 defendant Ritz Camera Centers, Inc. ("Defendant") alleging violations § 1681c(g)
5 of the Fair Credit Reporting Act;

6  WHEREAS, Defendant answered the complaint on May 23, 2007;

7  WHEREAS, an action styled *Zachary Hile v. Ritz Camera Centers, Inc.*
8 (Case No. CV 07-0716-SBA) is currently pending in the District court for the
9 Northern District of California also alleging violations of § 1681c(g) of the Fair
10 Credit Reporting Act;

11  WHEREAS, the parties in this action and the *Hile* action previously agreed
12 to jointly mediate the claims in both cases;

13  WHEREAS, pursuant to a stipulation filed by the parties, the Court
14 previously stayed this action until August 27, 2007 pending mediation;

15  WHEREAS, the parties engaged in a mediation session before the Honorable
16 Fern Smith (Ret.) on July 26, 2007;

17  WHEREAS, a conference call with Judge Smith is set for September 11,
18 2007 to discuss the status of the settlement discussions; and

19  WHEREAS, the parties wish to avoid incurring additional attorneys' fees
20 and unnecessarily expending the Court's and the parties' resources while the
21 parties continue to discuss a possible settlement;

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION TO STAY THE ACTION

1  THEREFORE, it is hereby stipulated and agreed, by and between counsel
2  for the respective parties, subject to approval by the Court, that this action shall be
3  stayed an additional 60 days until October 26, 2007.
4
5  DATED: August 17, 2007          MILSTEIN, ADELMAN & KREGER, LLP
6
7
8                                   By: _____
9                                       Wayne S. Kreger
                                        Launa N. Everman
10                                      Attorneys for Plaintiff,
                                        SHOGHER ANDONIAN
11
12 DATED: August 17, 2007          HOLLAND & KNIGHT LLP
13
14                                  By: _____
                                        Richard Williams
15                                      Casey Flaherty
                                        Attorneys for Defendant,
16                                      RITZ CAMERA CENTERS, INC.
17
18                         [PROPOSED] ORDER
19   Based upon the stipulation of the parties, the action is stayed an additional
20 60 days until October 26, 2007.
21
22 IT IS SO ORDERD.
23
24 Date: 8/27/07
25
26                                  _____
                                    THE HONORABLE GARY A. FEESS
27                                  United States District Judge
28

3

STIPULATION TO STAY THE ACTION

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

*Andonian v. Ritz Camera Centers, Inc.*
Case No. CV-07-2349-GAF (FMOx)

I am employed in the County of LOS ANGELES, State of CALIFORNIA. I am over the age of 18 and not a party to within action; my business address is **2800 Donald Douglas Loop North, Santa Monica, California 90405.**

On August 20, 2007, I served the foregoing document described as:

**STIPULATION TO STAY THE ACTION FOR AN ADDITIONAL 60 DAYS; [PROPOSED] ORDER**

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Richard T. Williams
Tara L. Cooper
**HOLLAND & KNIGHT LLP**
633 West Fifth Street, 21st Floor
Los Angeles, CA 90071

xxxx  (By US Mail) I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail at Santa Monica, California.

Executed on August 20, 2007, at **Santa Monica, California.**

------  (By Fax) I caused such documents to be successfully transmitted via facsimile to the offices of the addresses.

------  (BY PERSONAL SERVICE) I caused such envelope to be hand delivered to the offices of the addressees.

------  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

xxxx  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Nicholas J. Mills