1  Richard T. Williams (State Bar No. 52896)
   Tara L. Cooper (State Bar No. 239018)
2  HOLLAND & KNIGHT LLP
   633 West Fifth Street, 21st Floor
3  Los Angeles, California 90071-2040
   Telephone (213) 896-2400
4  Facsimile (213) 896-2450
   E-mail: richard.williams@hklaw.com
5
   David M. Gonden (State Bar No. 154306)
6  HOLLAND & KNIGHT LLP
   50 California Street, #2800
7  San Francisco, California 94111
   Telephone (415) 743-6900
8  Facsimile (415) 743-6915
   E-mail: david.gonden@hklaw.com
9
   Attorneys for Defendant
10 Ritz Camera Centers, Inc.

11

12                 **UNITED STATES DISTRICT COURT**

13                 **CENTRAL DISTRICT OF CALIFORNIA**

14                      **(LOS ANGELES DIVISION)**

15                                                                **SBA**

16 SHOGHER ANDONIAN,                    ) CASE NO. CV 07 2349 GAF (FMOx)
   individually and all others similarly )
17 situated,                             )
                                         )
18         Plaintiff,                    )
                                         ) **JOINT NOTICE OF SETTLEMENT**
19    vs.                                )
                                         )
20 RITZ CAMERA CENTERS, INC.,            )
                                         )
21         Defendant.                    )

22

23

24

25

26

27 ///

28 ///

                                    1
                       **JOINT NOTICE OF SETTLEMENT**

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that plaintiff Shogher Andonian and defendant Ritz Camera Centers, Inc. (collectively, the "Parties") have negotiated a tentative class action settlement, the terms of which are currently being drafted. The Parties' tentative settlement agreement contemplates a stipulation transferring this action to the Northern District of California, where the matter of *Zachary Hile, on behalf of himself and all others similarly situated, v. Ritz Camera Centers Inc.*, Case No. CV-07-00716 SBA, is pending before the Honorable Saundra B. Armstrong, with presentation and approval of the class-wide settlement of both actions to take place before that court.

Dated: November 14, 2007          HOLLAND & KNIGHT LLP

By: _____
         Richard T. Williams

Attorneys for Defendant
Ritz Camera Centers, Inc.

Dated: November 14, 2007          MILSTEIN, ADELMAN & KREGER, LLP

By: _____
         William A. Baird

Attorneys for Plaintiff
Shogher Andonian

# 4936749_v1

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

*Andonian v. Ritz Camera Centers, Inc.*
Case No. CV-07-2349-GAF (FMOx)

I am employed in the County of LOS ANGELES, State of CALIFORNIA. I am over the age of 18 and not a party to within action; my business address is **2800 Donald Douglas Loop North, Santa Monica, California 90405.**

On November 14, 2007, I served the foregoing document described as:

**JOINT NOTICE OF SETTLEMENT**

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Richard T. Willams
Tara L. Cooper
HOLLAND & KNIGHT LLP
633 West Fifth Street, 21st Floor
Los Angeles, CA 90071**

xxxx   (By US Mail) I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail at Santa Monica, California.

Executed on November 14, 2007, at **Santa Monica, California.**

------   (By Fax) I caused such documents to be successfully transmitted via facsimile to the offices of the addresses.

------   (BY PERSONAL SERVICE) I caused such envelope to be hand delivered to the offices of the addressees.

------   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

xxxx   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Sunny Thai

1