| | |
|---|---|
| 1 | Richard T. Williams (State Bar No. 52896) |
| 2 | Tara L. Cooper (State Bar No. 239018)<br>HOLLAND & KNIGHT LLP |
| 3 | 633 West Fifth Street, 21st Floor<br>Los Angeles, California 90071-2040 |
| 4 | Telephone (213) 896-2400<br>Facsimile (213) 896-2450 |
| 5 | E-mail: richard.williams@hklaw.com |
| 6 | David M. Gonden (State Bar No. 154306)<br>HOLLAND & KNIGHT LLP |
| 7 | 50 California Street, #2800<br>San Francisco, California 94111 |
| 8 | Telephone (415) 743-6900<br>Facsimile (415) 743-6915 |
| 9 | E-mail: david.gonden@hklaw.com |
| 10 | Attorneys for Defendant<br>Ritz Camera Centers, Inc. |

07 NOV 21 PM 2:20

LODGED

FILED
CLERK, U.S. DISTRICT COURT
NOV 27 2007
CENTRAL DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (LOS ANGELES DIVISION)

BY FAX

SBA

| | | |
|---|---|---|
| 16 | SHOGHER ANDONIAN, individually and all others similarly situated, | ) CIVIL ACTION NO. CV 07-2349 GAF (FMOX) |
| 17 | | ) |
| 18 | Plaintiff, | ) |
| 19 | vs. | ) STIPULATION TO TRANSFER; [PROPOSED] ORDER |
| 20 | RITZ CAMERA CENTERS, INC., | ) |
| 21 | Defendant. | ) |

I hereby attest and certify on 12/7/07 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By _____ Deputy

0043

27 ///

28 ///

1
**TRANSFER ORDER**

1  Plaintiff Shogher Andonian, individually and on behalf of all other similarly situated ("Plaintiff"), and Defendant Ritz Camera Centers, Inc. ("Ritz"), acting by and through their respective counsel below undersigned, hereby stipulate as follows, and mutually request the Court to approve this Stipulation and enter its Order accordingly.

## STIPULATION

WHEREAS the Plaintiff and Defendant have negotiated and are presently documenting a class action settlement in the above-referenced matter.

WHEREAS Defendant has simultaneously agreed upon the same class action settlement in an essentially identical matter, *Zachary Hile v. Ritz Camera Centers, Inc.*, Case No. C 07-1716 ("*Hile*"), currently pending before the Northern District of California, Oakland Division, the Honorable Saundra B. Armstrong presiding.

WHEREAS, in accordance with 28 U.S.C.A. § 1404, the parties agree it is consistent with convenience of the parties and witnesses and is in the interest of justice, to transfer this matter to Judge Armstrong so there can be one common process before a single judge to oversee evaluation and approval of the settlements.

NOW, THEREFORE, IT IS STIPULATED AND AGREED that:

1. Pursuant to 28 U.S.C.A § 1404, the above-referenced matter shall forthwith be transferred to United States District Court for the Northern District of California, Oakland Division, with assignment requested to the Honorable Saundra B. Armstrong.

///
///
///
///
///

2.  The scheduling conference in this matter currently scheduled for December 3, 2007 shall be changed to a status conference.

Dated: November 21, 2007            HOLLAND & KNIGHT LLP

By: _____
        Richard T. Williams

Attorneys for Defendant
Ritz Camera Centers, Inc.

Dated: November 2?, 2007            MILSTEIN, ADELMAN & KREGER, LLP

By: _____

Attorneys for Plaintiff
Shogher Andonian, individually and on behalf of all others similarly situated

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that:

1.  *Shogher Andonian v. Ritz Camera Centers, Inc.*, Case No. CV 07-2349 currently pending before this Court, shall forthwith be transferred pursuant to 28 U.S.C.A § 1404 to the United States District Court for the Northern District of California, Oakland Division. It is requested that this matter be assigned to the Honorable Saundra B. Armstrong.

///

///

///

///

2.   The scheduling conference currently scheduled for December 3, 2007 shall be changed to a status conference.

Date: 11-26-07

GARY ALLEN FEESS
———————————————
Hon. Gary Feess
United States District Judge

# 4953725_v1

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

*Andonian v. Ritz Camera Centers, Inc.*
Case No. CV-07-2349-GAF (FMOx)

I am employed in the County of LOS ANGELES, State of CALIFORNIA. I am over the age of 18 and not a party to within action; my business address is **2800 Donald Douglas Loop North, Santa Monica, California 90405.**

On November 21, 2007, I served the foregoing document described as:

**STIPULATION TO TRANSFER; [PROPOSED] ORDER**

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Richard T. Willams
Tara L. Cooper
HOLLAND & KNIGHT LLP
633 West Fifth Street, 21st Floor
Los Angeles, CA 90071**

xxxx    (By US Mail) I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail at Santa Monica, California.

Executed on November 21, 2007, at **Santa Monica, California.**

------    (By Fax) I caused such documents to be successfully transmitted via facsimile to the offices of the addresses.

------    (BY PERSONAL SERVICE) I caused such envelope to be hand delivered to the offices of the addressees.

------    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

xxxx    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Sinny Thai*
Sinny Thai

1