(FMOx), CLOSED, DISCOVERY, STAYED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:07-cv-02349-GAF-FMO
### Internal Use Only

CV 07 6342

SBA

Shogher Andonian v. Ritz Camera Centers Inc et al
Assigned to: Judge Gary A. Feess
Referred to: Magistrate Judge Fernando M. Olguin
Demand: $5,000,000
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 04/09/2007
Date Terminated: 11/27/2007
Jury Demand: Both
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

**Plaintiff**

**Shogher Andonian**
*individually and on behalf of all others
similarly situated*

represented by **Launa Nicole Everman**
Milstein Adelman and Kreger
2800 Donald Douglas Loop North
Santa Monica, CA 90405
310-396-9600
Email: leverman@maklawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wayne S Kreger**
Milstein Adelman & Kreger
2800 Donald Douglas Loop North
Santa Monica, CA 90405
310-396-9600
Email: wkreger@maklawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby attest and certify on 12/7/07
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By _____ Deputy

0043

V.

**Defendant**

**Ritz Camera Centers Inc**
*a Delaware corporation*

represented by **David M Gonden**
Holland & Knight
50 California Street, 28th Floor
San Francisco, CA 94111-4624
415-743-6900
Email: david.gonden@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard T Williams**
Holland & Knight
633 W 5th St, 21st Fl

Los Angeles, CA 90071-2040
213-896-2400
Email: rwilliam@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tara L Cooper**
Holland and Knight
633 West 5th Street, 21st Floor
Los Angeles, CA 90017
213-896-2517
Email: tara.cooper@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 10, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2007 | 1 | COMPLAINT against defendants Ritz Camera Centers Inc, Does.(Filing fee $ 350 Paid)Jury Demanded. , filed by plaintiff Shogher Andonian. (rrey, ) (Entered: 04/17/2007) |
| 04/09/2007 | | 20 Day Summons Issued re Complaint - (Discovery)[1] as to Ritz Camera Centers Inc. (rrey, ) (Entered: 04/17/2007) |
| 04/09/2007 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Shogher Andonian. (rrey, ) (Entered: 04/17/2007) |
| 04/09/2007 | | FAX number for Attorney Launa Nicole Everman, Wayne S Kreger is 310-396-9635. (rrey, ) (Entered: 04/17/2007) |
| 04/23/2007 | 3 | ORDER RETURNING CASE FOR REASSIGNMENT by Judge J. Spencer Letts. ORDER case returned to the Clerk for random reassignment pursuant to General Order 224. Case randomly reassigned from Judge J. Spencer Letts and Fernando M. Olguin to Judge Gary A. Feess and Fernando M. Olguin for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 07-2349 GAF (FMOx).(rn, ) (Entered: 04/23/2007) |
| 05/09/2007 | 4 | PROOF OF SERVICE Executed by plaintiff Shogher Andonian, upon Ritz Camera Centers Inc served on 5/3/2007, answer due 5/23/2007. The Summons and Complaint were served by personal service, by CCP statute, upon Margaret Wilson, CT Corporation, registered agent. Original Summons not returned. (lc, ) (Entered: 05/11/2007) |
| 05/23/2007 | 5 | ANSWER to Complaint - (Discovery)[1] with JURY DEMAND filed by defendant Ritz Camera Centers Inc.(lc, ) (Entered: 05/25/2007) |
| 05/23/2007 | 6 | CERTIFICATE of Interested Parties filed by Defendant Ritz Camera |

| | | |
|---|---|---|
| | | Centers Inc. (lc, ) (Entered: 05/25/2007) |
| 06/25/2007 | 7 | ORDER REGARDING RULE 26(f) CONFERENCE AND JOINT REPORT:Scheduling Conference set for 7/30/07 01:30 PM; compliance with the rules and instructions therein by Judge Gary A. Feess(lc) (Entered: 06/25/2007) |
| 07/11/2007 | 8 | STIPULATION TO STAY THE ACTION by Judge Gary A. Feess: Based on the stipuation of the parties, the action is STAYED until August 27, 2007. The date for the Rule 26(f) Conference, set for 7/30/2007, is VACATED. (jp) (Entered: 07/12/2007) |
| 08/27/2007 | 9 | STIPULATION AND ORDER extending stay an additional l60 days to 10/26/07 by Judge Gary A. Feess (lc) (Entered: 08/28/2007) |
| 10/19/2007 | 10 | ORDER regarding rule 26(f) Conference set for 12/3/2007 01:30 PM before Judge Gary A. Feess.(bp) (Entered: 10/22/2007) |
| 11/14/2007 | 11 | JOINT NOTICE OF SETTLEMENT filed by defendants' Ritz Camera Centers Inc. (bp) (Entered: 11/26/2007) |
| 11/27/2007 | 12 | STIPULATION and ORDER GRANTING transfer of case to the United States District Court for the Northern District of California, Oakland Division. With request that the matter be assigned to the Honorable Saundra B. Amstrong filed by Defendant Ritz Camera Centers Inc.(rmo) (Entered: 11/27/2007) |
| 11/27/2007 | 13 | STIPULATION AND ORDER to TRANSER ACTION to the Northern District of California by Judge Gary A. Feess. (rmo) (Entered: 12/04/2007) |
| 11/27/2007 |  | (Court only) ***(MD JS-6. Case Terminated.) (bp) (Entered: 12/07/2007) |
| 12/07/2007 |  | TRANSMITTAL of documents: Mailed certified copies of order remanding, court docket and transmittal letters to the USDC Northern District of California. (bp) (Entered: 12/07/2007) |