IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

| | |
|---|---|
| ZACHARY HILE,<br><br>             Plaintiff,<br><br>  v.<br><br>RITZ CAMERA CENTERS,<br><br>             Defendant.<br>_____/ | RELATED ACTIONS<br>No. C 07-00716 SBA<br>C 07-06342 SBA |
| SHOGHER ANDONIAN,<br><br>             Plaintiff,<br><br>  v.<br><br>RITZ CAMERA CENTERS,<br><br>             Defendant.<br>_____/ | **CLERK'S NOTICE** |

**Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in these actions not enrolled in the e-filling program.  Following service, Counsel shall file a certificate of service with the Clerk of the Court.**

YOU ARE HEREBY NOTIFIED THAT a Case Management Conference has been set for , May 7, 2008, at 2:30  p.m., via telephone.

Plaintiff's  counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.

**(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.)**

**Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.**

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: 1/14/08

FOR THE COURT,
Richard W. Wieking, Clerk

By_____
LISA R. CLARK
Courtroom Deputy

To: