United States District Court
Northern District of California

1

2

3

4

5

6

7

8        **UNITED STATES DISTRICT COURT**

9              **Northern District of California**

10   Andonian,                                    07-06342 SBA

11                  Plaintiff(s),            **NOTICE RE: NONCOMPLIANCE**
                                             **WITH COURT ORDER**
12        v.

13   Ritz Camera Centers, Inc.,

14                  Defendant(s).

15

16        The parties have failed to file an ADR Certification and either a Stipulation and

17   [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18   Conference as required by the Initial Case Management Scheduling Order.  Counsel

19   shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20   matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21   an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22   **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23   ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24   at www.adr.cand.uscourts.gov.)

25

26        Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27   copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28   (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-06342 SBA                          -1-

United States District Court
Northern District of California

1 | 450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2 | to an e-mail directed to adr@cand.uscourts.gov.

3

4 |     It is the responsibility of counsel to schedule an ADR Phone Conference, if

5 | required, to occur before the Case Management Conference.

6

7

8 | Dated: April 16, 2008

9 | RICHARD W. WIEKING
  | Clerk

10 | by:     Timothy J. Smagacz

11

12 | ADR Administrative Assistant
   | 415-522-4205

13 | Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice Re: Noncompliance With Court Order**
07-06342 SBA                                    -2-

## PROOF OF SERVICE

Case Name:       Andonian v. Ritz Camera Centers, Inc.

Case Number:     07-06342 SBA

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

>ADR Program
>United States District Court
>Norther District of California
>450 Golden Gate Avenue Floor 16
>San Francisco, CA 94102

On April 16, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>Wayne Scott Kreger
>Milstein Adelman and Kreger
>2800 Donald Douglas Loop North
>Santa Monica, CA 90405
>wkreger@maklawyers.com

>Launa Nicole Everman
>Milstein Adelman & Kreger LLP
>2800 Donald Douglas Loop N
>Santa Monica, CA 90405

>Tara Lynn Cooper
>Holland & Knight LLP
>633 West Fifth Street
>21st Floor
>Los Angeles, CA 90071
>tara.cooper@hklaw.com

>David M. Gonden
>Holland & Knight LLP
>50 California Street

Suite 2800
San Francisco, CA 94111
dmgonden@hklaw.com

Richard Thomas Williams
Holland & Knight LLP
633 West Fifth Street
21st Floor
Los Angeles, CA 90071
richard.williams@hklaw.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 16, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov