Richard T. Williams  (State Bar No. 52896)
Tara L. Cooper (State Bar No. 239018)
HOLLAND & KNIGHT LLP
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Telephone  (213) 896-2400
Facsimile  (213) 896-2450
E-mail: tara.cooper@hklaw.com

David M. Gonden (State Bar No. 154306)
HOLLAND & KNIGHT LLP
50 California Street, #2800
San Francisco, California 94111
Telephone (415) 743-6900
Facsimile  (415) 743-6915
E-mail: david.gonden@hklaw.com

Attorneys for Defendant
Ritz Camera Centers, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND DIVISION)

| | |
|---|---|
| SHOGHER ANDONIAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RITZ CAMERA CENTERS, INC.,<br><br>Defendant. | CIVIL ACTION NO. C07-06342 SBA<br><br>*CONSOLIDATED WITH*<br>CIVIL ACTION NO. C 07-0716 SBA<br>(Zachary Hile v. Ritz Camera Centers, Inc.)<br><br>**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND COMPLIANCE WITH ADR ORDER**<br><br>[15 U.S.C. §§ 1681c(g)]<br>**CLASS ACTION** |

**TO THE ADR ADMINISTRATOR AND ALL PARTIES HEREIN:**

Notice is hereby given that the parties to the above entitled cases have reached a settlement of the above referenced matters.  The settlement was obtained as the result of private mediation and

the parties' negotiations and is contingent upon the Court's approval of the plaintiffs' motion for preliminary approval of the class action settlement, filed on April 21, 2008, a copy of which is attached as Exhibit A.

                Respectfully Submitted

Dated: April 23, 2008        HOLLAND & KNIGHT LLP

                /s/
                David M. Gonden

Attorneys for Ritz Camera Centers, Inc.

# 5290113_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

# EXHIBIT "A"

| | |
|---|---|
| 1 | Eric A. Grover (SBN 136080) |
| 2 | **KELLER GROVER LLP**<br>425 Second Street, Suite 500 |
| 3 | San Francisco, CA 94107<br>Telephone: (415) 543-1305 |
| 4 | Facsimile: (415) 543-7861<br>eagrover@kellergrover.com |
| 5 | Attorneys for Plaintiff Zachary Hile |
| 6 | |
| 7 | William A. Baird (SBN 192675)<br>Launa N. Everman (SBN 227743) |
| 8 | **MILSTEIN, ADELMAN & KREGER, LLP**<br>2800 Donald Douglas Loop North |
| 9 | Santa Monica, California 90405<br>Telephone: (310) 396-9600 |
| 10 | Facsimile: (310) 396-9635<br>tbaird@maklawyers.com |
| 11 | Attorneys for Plaintiff Shogher Andonian |
| 12 | *[Additional Counsel Listed on Signature Page]* |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15-16 | ZACHARY HILE, on behalf of himself and all others similarly situated, | Case No.: CV-07-00716 SBA |
| 17 | Plaintiff, | |
| 18 | v. | CLASS ACTION |
| 19 | RITZ CAMERA CENTERS, INC., | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY** |
| 20 | Defendant. | **APPROVAL OF CLASS ACTION SETTLEMENT** |
| 21 | | |
| 22 | SHOGHER ANDONIAN, individually and on behalf of all others similarly situated, | Date:   June 3, 2008<br>Time:   1:00 PM |
| 23 | Plaintiff, | Ctrm:   3, 3rd Floor<br>Hon. Saundra B. Armstrong |
| 24 | v. | |
| 25-26 | RITZ CAMERA CENTERS, INC., a Delaware corporation; and DOES 1 though 10, inclusive, | |
| 27 | Defendants. | |

Please take notice that on June 3, 2008 at 1:00 p.m., or as soon thereafter as counsel may be heard, in Courtroom 3 on the 3rd Floor of the United States District Courthouse, located at 1301 Clay Street, Oakland, California, plaintiffs Zachary Hile and Shogher Andonian ("Plaintiffs") will and hereby do move for preliminary approval of the Stipulation of Settlement (the "Settlement") reached between Plaintiffs and defendant Ritz Camera Centers, Inc. ("Defendant") filed concurrently herewith. Specifically, Plaintiffs move for an order:

(1) granting preliminarily approval of the terms of the Settlement, including the amount of the settlement fund; the amount of distributions to the class; the procedure for giving notice to class members; the procedure for opting out of the Settlement; the procedure for submitting claims; and the amounts allocated to incentive payments, costs and attorneys' fees;

(2) certifying for settlement purposes the settlement class described in the Settlement (the "Settlement Class");

(3) appointing Plaintiffs as class representatives for the Settlement Class;

(4) appointing Keller Grover LLP, Thierman Law Firm, Steven L. Miller, A Professional Law Corporation, Scott A. Miller, A.P.C., and Milstein, Adelman & Kreger, LLP as counsel for the Settlement Class;

(5) directing notice to members of the Settlement Class of their rights to opt out of the Settlement as provided in the Settlement; and

(6) scheduling a hearing on the question of whether the Settlement should be finally approved as fair, reasonable and adequate.

Plaintiffs' motion is based on this Notice; the Joint Stipulation of Class Action Settlement; the Memorandum of Points and Authorities; the Declarations of Eric A. Grover, William A. Baird, and Curtis Scheel filed concurrently herewith; other papers on file in this action; and on any oral argument or other matters the Court may take into consideration when ruling on the motion.

DATED: April 18, 2008                    **Respectfully Submitted,**

                              /s/
Eric A. Grover
**KELLER GROVER LLP**

Mark R. Thierman
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax (775) 703-5027
laborlawyer@pacbell.net

Scott A. Miller
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 788-8081
Fax (818) 788-8080
millaw@sbcglobal.net

Steven L. Miller
**STEVEN L. MILLER, A PLC**
16133 Ventura Blvd. Suite 1200
Encino, California 91436
Tel. (818) 986-8900
Fax (818) 990-7900
stevenlmiller@sbcglobal.net

Attorney for Plaintiff ZACHARY HILE

DATED: April 18, 2008                    **Respectfully Submitted,**

                              /s/
William A. Baird
Launa N. Everman
**MILSTEIN, ADELMAN & KREGER, LLP**

Attorneys for Plaintiff SHOGHER ANDONIAN