Eric A. Grover, Esq. (SBN 136080)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, CA  94107
Telephone: (415) 543-1305; Fax: (415) 543-7861
eagrover@kellergrover.com

Attorneys for Plaintiff
Zachary Hile

Richard T. Williams  (SBN 52896)
Tara L. Cooper (SBN 239018)
**HOLLAND & KNIGHT LLP**
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Telephone:  (213) 896-2400; Fax: (213) 896-2450
richard.williams@hklaw.com

Attorneys for Defendant
Ritz Camera Centers, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY HILE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITZ CAMERA CENTERS, INC.,<br><br>Defendant. | Case No.: C 07-00716 SBA<br>Related Case:  C 07-06342 SBA<br>Hon. Saundra B. Armstrong<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| SHOGHER ANDONIAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITZ CAMERA CENTERS, INC.,<br><br>Defendant. | |

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Zachary Hile and  Shogher Andonian ("Plaintiffs") and Defendant Ritz Camera Centers, Inc. ("Defendant"), by and through their respective counsel of record, do hereby stipulate to the dismissal with prejudice of each Plaintiff's individual action against Defendant, each party to bear their/its own costs and fees.

**IT IS FURTHER STIPULATED** that the allegations asserted on behalf of the putative class in each case be and hereby are dismissed without prejudice.


Dated: June 25, 2008          By:        /s/
                                    Eric A. Grover
                                    **KELLER GROVER LLP**

                                    Attorneys for Plaintiff
                                    Zachary Hile


Dated: June 25, 2008          By:        /s/
                                    William A. Baird
                                    **MILLSTEIN, ADELMAN & KREGER, LLP**

                                    Attorneys for Plaintiff
                                    Shogher Andonian


Dated: June 25, 2008              By:        /s/
                                    Richard L. Williams
                                    **HOLLAND & KNIGHT LLP**

                                    Attorney for Defendant
                                    Ritz Camera Centers, Inc.

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
Case No. CV-07-00716 SBA

1

## ORDER

2

    **UPON THE STIPULATION** of the parties pursuant to Rule 41(a)(1) of the Federal

3

Rules of Civil Procedure, the Court hereby dismisses WITH PREJUDICE the individual actions

4

of Plaintiffs Zachary Hile and Shogher Andonian against Defendant Ritz Camera Centers, Inc.

5

The Court dismisses WITHOUT PREJUDICE the allegations asserted on behalf of the putative

6

class in both actions.

7

**IT IS SO ORDERED.**

8

9

Dated: __7/1/08_____        _____

10

                                        Honorable Saundra B. Armstrong

11

                                        United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
Case No. CV-07-00716 SBA